# EXHIBIT

# A

DOCUMENT 2
ELECTRONICALLY FILED
2/7/2022 2:04 AM
05-CV-2022-900127.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

7018 1830 0001 8998

# 1. Affidavit of Truth

2. Notice to all, I, am that I am, the consumer in fact, natural person, original creditor, lender, executor, administrator, holder in due course for any and all derivatives thereof for the surname/given name PICKETT, SCHUYLER, and I have been appointed and accept being the executor both public and private for all matters proceeding, and I hereby claim that I will d/b/a SCHUYLER, PICKETT and autograph as the agent, attorney in fact, so be it;

Whereas I of age, of majority, give this herein notice to all, I make solemn oath to the one and only most high of creation only, whoever that may, and I depose the following facts, so be it, now present:

3. Fact, the Fair Debt Collection Practices Act intended to secure my right to privacy and my privacy has been breached so be it, and:

4. Fact, I am sure the removal of my information from your website, company records, or any and all derivatives therefore, of, and/or with any affiliates will ensure my privacy rights won't be violated again due to my lack of consent and this herein unrebutted Affidavit of Truth of Truth being services to you today and therefore, standing as truth in commerce, so be it, and;

Fact, please show good faith in this matter by expediting the securing of the alleged information listed on your site in order to avoid me receiving further injury, damages, mental anguish, and losses due to me being a victim of identity theft, so be it, and;

Fact, affiant is aware and has proof in the attachment labeled as Exhibit A, Exhibit B, and Exhibit I that ACCEPTANCE LOAN COMPANY is in violation of 15 USC 1692e.(11)

Fact, affiant is aware and has proof in the attachment labeled as Exhibit A, Exhibit B, and Exhibit C that ACCEPTANCE LOAN COMPANY is in violation of 15 USC 1692b.(5)

Fact affiant is aware and has proof in the attachment labeled as Exhibit A, Exhibit B, Exhibit G, Exhibit H and Exhibit I that ACCEPTANCE LOAN COMPANY is in violation of 15 USC 1692e.(2)(A)

Fact affiant is aware and has proof in the attachment labeled as Exhibit C, Exhibit D, Exhibit E, and Exhibit F that ACCEPTANCE LOAN COMPANY is in violation of 15 USC 1692b.(2)

Fact affiant is aware and has proof in the attachment labeled as Exhibit G that ACCEPTANCE LOAN COMPANY is in violation of 15 USC 1692d.(1)

Thank You,

5. I swear to all information provided herein, I do so under the penalty of perjury that the information I so affirm to be true, correct, accurate to the best of my ability and knowledge, so be it,

I do not accept this offer to contract.

I do not consent to these proceedings.

I do require subrogation of the bond to settle the charge.

On this date of 08/12/21_ SCHUYLER, PICKETT, agent, d/b/a SCHUYLER DOUGLAS PICKETT came before me today present as a flesh and blood living being (non entity/non debtor) under oath to the most high of creation only and provided the facts listed herein.

Sworn to or affirmed by and subscribed before me on the 12th day of August year 2021.

Notary Name Jessica Linne

Notary Signature Jessica H Linne

JESSICA H. LINNE
My Commission Expires
January 7, 2023

7019 2280 0001 6355 8689

Certified Mail Number: 7019 2280 0001 6355 8689

From: SCHUYLER PICKETT
1615 Essex Street
Daphne, AL 36526
**Secured Party**

To: ACCEPTANCE LOAN COMPANY
P.O. Box 9189
Mobile, AL 36691
**Respondent**

December 28, 2021

**RE: Account Number 10070156692**
Agreement Number 7018 1830 0001 8998 6070

# AFFIDAVIT OF NOTICE OF DEFAULT

State of Alabama )
)ss
County of Baldwin )

NOTICE TO AGENT IS NOTICE TO PRINCIPAL.
NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

**"Indeed, no more than (affidavits) is necessary to make the prima facie case."**
United States v. Kis, 658 F. 2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982

I, SCHUYLER PICKETT herein 'Affiant', a living, breathing man/woman, being first duly sworn, depose, say, and declare by my signature that the following facts are true, correct, and complete to the best of my knowledge and belief.

1. THAT Affiant is competent to state the matters included in his/her declaration, has knowledge of the facts, and declared that to the best of his/her knowledge, the statements made in this affidavit are true, correct, and not meant to mislead;

2. THAT Affiant is the consumer in fact, natural person, original creditor, lender, executor, administrator, holder in due course for any and all derivatives thereof for the surname/given name PICKETT, SCHUYLER, and I have been appointed and accept being the executor both public and private for matters proceeding, and I hereby claim that I will d/b/a SCHUYLER, PICKETT and autograph as agent, attorney in fact, so be it;

3. THAT the governing law of this private contract is the agreement of the parties supported by the L Merchant and applicable maxims of law established by silence, acquiescence, and tacit agreement:

DOCUMENT 4

ELECTRONICALLY FILED
2/7/2022 2:04 AM
05-CV-2022-900127.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

4. THAT Affiant, at no time, has not willingly, knowingly, intentionally, or voluntarily agreed to subordinate their position as creditor through signature, words, actions, and/or inactions;

5. THAT Affiant, at no time, has not requested or accepted extraordinary benefits or privileges from the Respondent, the United States, or any subdivision thereof;

6. THAT Affiant is not a party to any valid contract or compact with Respondent that requires Affiant to perform in any manner, including but not limited to the payment of money to Respondent, nor has Respondent under good faith any contract, agreement, or otherwise to show that the Affiant is required to perform in such manner;

7. THAT on or about August 12, 2021 Affiant sent an AFFIDAVIT OF TRUTH to the Respondent requesting proof of claim as to the authority, jurisdiction, and in what manner Affiant is to pay debts at law and/or discharge of debt(s) with request for the Respondent to produce and provide Proofs of Claim, other various proofs of claim to support Respondent's presentment(s), and/or a valid, lawful contract/claim, a record of which is attached hereto as Attachment "A", sent via USPS Certified Mail Number 7018 1830 0001 8998 6070, as evidenced is presented by the United States Postal service electronic return receipt, a record which is attached hereto as Attachment "A";

8. THAT on or about August 17, 2021, United States Postal Service, hereinafter "Carrier", delivered the AFFIDAVIT OF TRUTH to the respondent, certified Mail Number 7018 1830 0001 8998 6070, as evidence is presented by the United States Postal service electronic return receipt, a record which is attached hereto as Attachment "A;

9. THAT on or about December 17, 2021 Affiant sent an NOTICE OF DEFAULT AND OPPORTUNITY TO CURE to the Respondent requesting proof of claim as to the authority, jurisdiction, and in what manner Affiant is to pay debts at law and/or discharge of debt(s) with request for the Respondent to produce and provide Proofs of Claim, other various proofs of claim to support Respondent's presentment(s), and/or a valid, lawful contract/claim, a record of which is attached hereto as Attachment "A", sent via USPS Certified Mail Number 7019 2280 0001 6357 4498, by the Notary, as evidenced by the AFFIDAVIT OF NOTARY PRESENTMENT dated December 17, 2021, a record of which is attached hereto as Attachment "A";

10. THAT on or about December 20, 2021, United States Postal Service, hereinafter "Carrier", delivered the NOTICE OF DEFAULT AND OPPORTUNITY TO CURE to the respondent, certified Mail Number 7019 2280 0001 6357 4498, as evidence is presented by the United States Postal service electronic return receipt, a record which is attached hereto as Attachment "A";

11. THAT Respondent had ten (**10**) days to respond to the NOTICE OF DEFAULT AND OPPORTUNITY TO CURE with proof of claim, point for point rebuttal of the AFFIDAVIT OF TRUTH; however, Respondent chose to remain silent or otherwise refused to provide said proof of claim(s) and, therefore, has failed to state a claim upon which relief can be granted and has agreed and stipulated to the facts and agreed;

12. As of December 28, 2021 neither the Secured Party nor the Notary, received sufficient response to the AFFIDAVIT OF TRUTH nor NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, from the Respondents;

13. THAT the Respondent is Noticed that Respondent is in Default, failed to contest acceptance and is in agreement to the undersigned;

DOCUMENT 4

Further Affiant saith not.

Dated this 28th day of December 2021.

Without Prejudice

SCHUYLER PICKETT, Affiant
Secured Party Creditor

**NOTICE**

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notarization is verification and identification only and not for entrance into any foreign jurisdiction.

**ACKNOWLEDGEMENT**

As a Notary Public for said County and State, I do hereby certify that on this 28th day of December 2021, that SCHUYLER PICKETT, the above-mentioned, appeared before me and executed the foregoing. Witness my hand and seal:

Carla Thurman

NOTARY PUBLIC

My Commission Expires: December 10, 2025

Notary Signature: Carla Thurman

DOCUMENT 4

# AFFIDAVIT OF NOTARY PRESENTMENT

State of Alabama )
) ss
County of Baldwin )

## CERTIFICATION OF MAILING

On this day 28th day of December 2021, for the purpose of verification I the undersigned Notary Public, being commissioned in the County and State noted above, do certify that SCHUYLER PICKETT appeared before me with the following documents listed below. I, the undersigned notary, personally verified that these documents listed below were placed in an envelope and sealed by me. They were sent by UNITED STATES Post Office Registered Mail. Receipt # 7019 2280 0001 6355 8689 and it is being mailed to ACCEPTANCE LOAN COMPANY at P.O. Box 9189 Mobile, AL 36691.

The following items were placed in the Envelope:

Number of Pages

1. Affidavit of Notice of Default #3
2. Record of Presentment #1
3. Affidavit of Truth #2
4. Invoice #1
5. Exhibits A-I #9
6. Cease and desist #1
7. CFPB Complaint #5
8. USPS Form 3800 # 7018 1830 0001 8998 6070
9. USPS Electronic Return Receipt # 7018 18300001 8998 6070 #1
10. Notice of Default and Opportunity to Cure #4
11. USPS Form 3800 # 7018 1830 0001 8998 6193
12. Notice of Default and Opportunity to Cure #3
13. Affidavit of Notary Presentment #2
14. USPS Form 3800 # 7019 2280 0001 6357 4498
15. USPS Electronic Return Receipt # 7019 2280 0001 6357 4498 #1
16. Case Examples #4

Cc: Consumer Financial Protection Bureau
1700 G St. NW
Washington, DC 20552

DOCUMENT 4

Executed on " December 28, 2021 ", [signature]

Witness my hand and official seal

Carla Thurman

NOTARY PUBLIC

12/28/2021

DATE

My commission expires: December 10 ,20 25

Notary Seal:

DOCUMENT 4

## LEGAL NOTICE

The certifying notary is an independent contractor and not party to this claim. In Fact, the certifying Notary is a federal witness pursuant to TITLE 18, PART I, CHAPTER 73, SEC, 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi-Postal inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242 titled "Deprivation of Rights Under Color of Law", which primarily governs police misconduct investigations. This statue makes it a crime for any person acting under Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. Laws.

**ATTACHMENT "A"**
**RECORD OF PRESENTMENT AND DEFAULT NOTICE**

**FOR: AFFIDAVIT OF NOTICE OF DEFAULT # 7019 2280 0001 6355 8689**

This section, Attachment "A", includes:

1. AFFIDAVIT OF TRUTH dated October 12, 2021 (2 pages);
2. Invoice for Federally Protected Consumer Violations dated August 9, 2021 (1 page);
3. Cease and Desist Notice (1 page);
4. CFPB Complaint (5 pages);
5. Exhibits A-I (9 pages);
6. USPS Form 3800 Certified Mail Receipt # 7018 1830 0001 8998 6070 dated August 16, 2021
7. USPS Electronic Return Receipt # 7018 1830 0001 8998 6070 dated August 17, 2021 (1 page);
8. NOTICE OF DEFAULT AND OPPORTUNITY TO CURE dated October 21, 2021 (4 pages);
9. USPS Copy of Form 3800 Certified Mail Receipt # 7018 1830 0001 8998 6193 (1 page)
10. NOTICE OF DEFAULT AND OPPORTUNITY TO CURE dated December 17, 2021 (3 pages);
11. AFFIDAVIT OF NOTARY PRESENTMENT dated December 17, 2021 (2 pages);
12. USPS Form 3800 Certified Mail Receipt # 7019 2280 0001 6357 4498 dated December 17, 2021
13. USPS Electronic Return Receipt # 7019 2280 0001 6357 4498 dated December 20, 2021 (1 page);
14. Case Examples (4 pages);

This section includes a total of [36] pages, not inclusive of this page.

DOCUMENT 4

7018 1830 0001 8998 6193

# NOTICE OF DEFAULT AND OPPORTUNITY TO CURE

To: ACCEPTANCE LOAN COMPANY INC

From: SCHUYLER PICKETT
1615 ESSEX STREET
DAPHNE, AL 36526

DOCUMENT 5

Date Notice served: October 21, 2021

**NOTICE OF DEFAULT AND OPPORTUNITY TO CURE**

Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent

Dear ACCEPTANCE LOAN COMPANY INC

ELECTRONICALLY FILED
2/7/2022 2:04 AM
05-CV-2022-900127.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

I, SCHUYLER PICKETT do declare the following to be true and correct to the best of my knowledge;

**This is a lawful notice.** Please read it carefully. It informs you. **It means what it says.** I do not stand under the Law Society's 'legalese' and there are no hidden meanings or interpretations beyond the simple English statements herein.

A reply to this Affidavit of Truth point for point is REQUIRED and is to be made stating the respondent's clearly legible full name and on his or her full commercial liability and penalty of perjury. Your response is required within TEN (10) days from the recorded delivery date of this Affidavit of Truth; failure to respond point for point in substance will provide your tacit consent to all of the FACTS contained within this Affidavit of Truth and or any previous Affidavit of Truth served; and that you agree that you are unable to provide lawful proof-of-claim to the contrary. DO NOT IGNORE IT.

As the Respondent, you are now in default, and you agree and have stipulated to the terms of the undersigned's dated presentment through your dishonor. You have the right to cure this default and perform according to said terms within the TEN (10) days from the receipt of this 'Notice of Default and Opportunity to Cure'.

Should you fail to cure your default, I will establish an Affidavit of Default solidifying your agreement and failure to contest acceptance.

You are hereby again put on Notice of my standing and the lawful facts. If you fail to respond to the aforesaid Affidavit of Truth in 'substance' or within the reasonable time frame provided herein, without first legally rebutting the points of law claimed herein or within previous Affidavit of Truth(s) served, it shall be taken to mean by all interested parties that all claims and assertions stated by me herein/therein are true and indisputable lawful facts and, that you agree to them entirely and without exception. It will also be taken to mean that any further action taken against myself

DOCUMENT 5

SCHUYLER PICKETT as a consumer of the UNITED STATES CORPORATION and or, against the fraudulently created 'legal fiction', shall be taken to mean by all interested parties to be harassment, demanding monies with menaces and coercion to aid and abet crime at common law.

I, SCHUYLER PICKETT, while mentally competent to witness, and with first-hand knowledge of the facts do say the following, that:

STATEMENT OF TRUTH:

This being the second Affidavit Of Truth to be served I use this 'Notice of Default and Opportunity to Cure' as a reminder of the first preceding Affidavit Of Truth, which was either ignored or mislaid, or was not answered correctly according to the claims and assertions stated within it in 'SUBSTANCE'.

As the Respondent, you are now in default, and you agree and have stipulated to the terms of the undersigned's dated presentment through your dishonor. You have the right to cure this default and perform according to said terms within the ten **(10)** days from the receipt of this 'Notice of Default and Opportunity to Cure.

Should you fail to cure your default, I will establish an Affidavit of Default solidifying your agreement and failure to contest acceptance

PLEASE SEND CONFIRMATION THAT THE ACCOUNT# 1007-015669-2 HAS BEEN ADJUSTED AND SETTLED TO THE ADDRESS SHOWN ABOVE. I WILL SETTLE THE INVOICE VIOLATION FINES AT A LESSER AMOUNT IF YOU GIVE ME A REASONABLE OFFER THAT I AGREE WITH. YOUR SPECIFIC PERFORMANCE OR AFFIDAVIT, REBUTTING THIS AFFIDAVIT OF TRUTH IS EXPECTED NO LATER THAN TEN (10) DAYS FROM THE DATE THIS NOTICE IS POST MARKED.

DOCUMENT 5

Allowing for a reasonable time frame for you to respond to this 'Notice of Default and Opportunity to Cure', I hereby offer you this further chance to rebut or confirm the Affidavit of Truth so that you may remain in honor, and thus by doing so enabling an opportunity to remedy this matter by law, amicably to save any future breach of the peace or torts being committed.

In the event your dishonor through nonperformance and non-response was unintentional or due to reasonable neglect or impossibility, I am attaching a copy of the same Affidavit of Truth to this 'Notice of Default and Opportunity to Cure'.

I hereby attest and affirm that all the above is the truth and as to my lawful understanding.

Without malice, vexation, frivolity or ill will, and on my full commercial liability and penalty of perjury and, with no admission of liability whatsoever and with my natural, indefeasible and unalienable Common law rights reserved.
Sworn and subscribed on the date:

Signed: [signature]

Witnessed by: Jessica H. Linne

Date:
10/21/21

STATE OF ALABAMA NOTARY PUBLIC
JESSICA H. LINNE
My Commission Expires
January 7, 2023

DOCUMENT 5

7019 2280 0001 6357 4498

# NOTICE OF DEFAULT AND OPPORTUNITY TO CURE

**This is a private communication between the parties.**
**Notice to agent is notice to principal. Notice to principal is notice to agent.**

Date of Notice: December 17, 2021, Certified Mail Number 7019 2280 0001 6357 4498

**UNDERSIGNED**
SCHUYLER PICKETT, c/o CARLA THURMAN, Notary Public, 7325 Sibley Street Montrose, AL 36559

**RESPONDENT(S)**
ACCEPTANCE LOAN COMPANY – P.O. Box 9189 Mobile, AL 36691

In the matter of account 10070156692, SCHUYLER PICKETT.

Dear ACCEPTANCE LOAN COMPANY:

This instrument is a NOTICE OF DEFAULT AND OPPORTUNITY TO CURE upon the instrument(s) presented under notary seal by the UNDERSIGNED on or about August 17, 2021, with the Certified Mail Number 7018 1830 0001 8998 6070, Return Receipt and received by the RESPONDENT. In the event your dishonor through nonperformance and non-response was unintentional or due to reasonable neglect or impossibility, I am attaching a copy of the same presentment to this notice of non-response.

DOCUMENT 6

PRESENTMENT: On August 17, 2021, by SCHUYLER PICKETT presented the following instrument(s) for acceptance:

1. AFFIDAVIT OF TRUTH; and
2. CEASE AND DESIST LETTER; and
3. INVOICE FOR PAYMENT OF FEDERALLY PROTECTED CONSUMER VIOLATIONS; and
4. EXHIBITS SHOWING VIOLATIONS.

**DISHONOR**
By the terms and conditions of the agreement resulting by the offer and acceptance of that presentment, the Respondent(s) are under the duty and obligation to timely and in good faith respond to the AFFIDAVIT OF TRUTH within fourteen (14) days by executing a verified response point-by-point with evidence that is certified to be true, correct and complete, to be received by SCHUYLER PICKETT, 1615 ESSEX STREET DAPHNE, ALABAMA. Allowing fourteen (14) days for the acceptance and the time allowed having passed for acceptance. UNDERSIGNED now deems the instrument(s) to have been dishonored on December 17, 2021, and therefore a confession of default on the merits is warranted.

ELECTRONICALLY FILED
2/7/2022 2:04 AM
05-CV-2022-900127.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

**DEFAULT**
For the failure of the honoring of the offer is placing the RESPONDENT(S) in default. This presentment is the good faith offer by the UNDERSIGNED for an extension of the time to the RESPONDENT(S) for making the required presentment by an additional ten (10) days from this

postmark of this presentment. RESPONDENT(S) has ten (10) days from this postmark of this presentment, for making presentment at the Notary to address given above. For the RESPONDENT(S) failure, refusal, or neglect in the presentment of a verified response, as a sufficient verified response is defined below, to this NOTICE OF DEFAULT AND OPPORTUNITY TO CURE is consenting with the UNDERSIGNED entry of a Notice of Default upon the RESPONDENT(S), and the issuance of a certificate verifying RESPONDENT(S) non-response, and RESPONDENT(S) acquiescence and tacit agreement with all terms, conditions and stipulations herein by CARLA THURMAN, Notary.

**RESPONSE**

Only a response that meets the following criteria qualifies as a sufficient verified response:

1. Any response must be made via a sworn affidavit, verified and/or affirmed by a signature under the penalty of perjury, or by a signature under the full commercial liability, of the affiant(s) thereof; and
2. Any response must be made as a presentment to the Notary named above, delivered to the above address by Registered or Certified Mail to ensure delivery and appropriate certification, and received by said Notary no later than ten (10) days from the postmark of this presentment. Service in any other manner will be defective on its face.

**DEFAULT**

Default conveys your agreement with all of the statements and facts set forth within the AFFIDAVIT OF TRUTH.

Default is with the RESPONDENT(S) confession of judgment to the following:

1. Tender of the above-referenced instrument(s), by UNDERSIGNED are sufficient for the discharge, settlement and setoff of any and all alleged debts, obligations, duties and liabilities of or relating to the above-referenced alleged Loan/Account No. 10070156692, hereinafter "ALLEGED LOAN", regarding SCHUYLER PICKETT.

2. The balance due on the ALLEGED LOAN is Zero and 00/100 dollars ($0.00).

3. Full payment of the amount due on the presented invoice of Federally Protected Consumer Violations.

3. The RESPONDENT(S) irrevocable conveyance of any and all rights, titles and interests in and on any and all collateral in the association with or the security for the ALLEGED LOAN to the UNDERSIGNED.

4. The RESPONDENT(S) irrevocable conveyance of the authority for the acquisition, procurement, and/or production of any and all records, documents, and/or communications necessary for the securing of any and all rights, titles and interests in and on any and all collateral in the association with or the security for the ALLEGED LOAN to the UNDERSIGNED.

5. The RESPONDENT(S) waiver of any and all claims, rights, immunities and defenses.

RESPONDENT(S) confession of judgment is with these stipulations:

i) RESPONDENT(S) are granting a specific power-of-attorney for the acquisition, procurement and/or production of any and all records, documents, and/or communications necessary for the securing of any and all rights, titles, and interests in or pertaining to any and all collateral associated with or secured by the ALLEGED LOAN to the UNDERSIGNED.

DOCUMENT 6

ii) RESPONDENT(S) are consenting with the filing of encumbrances, including but not limited to liens, writs of possession, writs of execution, and writs of attachment on any and all property, fixtures, accounts, and public hazard bonds by the UNDERSIGNED against the RESPONDENT(S) up to the amount of Ten million and 00/100 dollars ($10,000,000.00) for any and all actions taken by the RESPONDENT(S) with the hindering, impeding, obstruction and/or delaying of the UNDERSIGNED rights, titles and interests in any and all collateral in the association with or the security for the ALLEGED LOAN.

iii) RESPONDENT(S) are consenting with the filing of encumbrances, including but not limited to liens, writs of possession, writs of execution, and writs of attachment, on any and all property, fixtures, accounts, and public hazard bonds by the UNDERSIGNED against the RESPONDENT(S) up to the amount of Ten million and 00/100 dollars ($10,000,000.00) for any and all actions taken by the RESPONDENT(S) with the semblance of harassment, coercion, defrauding, and/or defamation of the UNDERSIGNED and/or the UNDERSIGNED's collateral.

iv) RESPONDENT(S) are consenting to the attached FEE SCHEDULE.

Of this presentment take due Notice and heed and govern yourself accordingly.

IN WITNESS WHEREOF I hereunto set my hand and seal on this December 17, 2021, and hereby certify all the statements made above are true, correct and complete.

(seal)

SCHUYLER PICKETT, the consumer in fact, natural person, original creditor, lender, executor, administrator, holder in due course for any and all derivatives thereof for the surname/given name PICKETT, SCHUYLER

DOCUMENT 6

## JURAT

State of ALABAMA )
) ss.
County of BALDWIN )

Sworn to (or affirmed) and subscribed before me on this 17th day of December 2021, by SCHUYLER PICKETT, proved to me on the basis of satisfactory evidence to be the one who appeared before me.

Carla Thurman

Notary Public's Signature

December 17, 2021
Date

my commission expires 12/10/2025.

# AFFIDAVIT OF NOTARY PRESENTMENT

State of Alabama )
) ss
County of Baldwin )

## CERTIFICATION OF MAILING

On this day 17th day of December 2021, for the purpose of verification I the undersigned Notary Public, being commissioned in the County and State noted above, do certify that SCHUYLER PICKETT appeared before me with the following documents listed below. I, the undersigned notary, personally verified that these documents listed below were placed in an envelope and sealed by me. They were sent by UNITED STATES Post Office Registered Mail. Receipt # 7019 2280 0001 6357 4498 and it is being mailed to ACCEPTANCE LOAN COMPANY at P.O. Box 9189 Mobile, AL 36691.

The following items were placed in the Envelope:

Number of Pages

1. Affidavit of Truth #2
2. Invoice #1
3. Exhibits A-I #9
4. Cease and desist #1

Cc: Consumer Financial Protection Bureau
1700 G St. NW
Washington, DC 20552

Executed on "December 17, 2021 ", [signature]

Witness my hand and official seal

Carla Thurman
NOTARY PUBLIC

12/17/2021
DATE

My commission expires: December 10, 2025.

Notary Seal:

DOCUMENT 6



# LEGAL NOTICE

The certifying notary is an independent contractor and not party to this claim. In Fact, the certifying Notary is a federal witness pursuant to TITLE 18, PART I, CHAPTER 73, SEC, 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi-Postal inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242 titled "Deprivation of Rights Under Color of Law", which primarily governs police misconduct investigations. This statue makes it a crime for any person acting under Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. Laws.

DOCUMENT 6

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

7018 1830 0001 8998 6070

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $3.60 | 0559 14 |
| Extra Services & Fees (check box, add fee as appropriate) $0.00 | |
| ☐ Return Receipt (hardcopy) $ $1.75 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $2.20 | |
| Total Postage and Fees $ $7.55 | 08/16/2021 |

Sent To Acceptance Loan Company
Street and Apt. No., or PO Box No. P.O. Box 9189
City, State, ZIP+4® Mobile, AL 36691

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

DOCUMENT 7

ELECTRONICALLY FILED
2/7/2022 2:04 AM
05-CV-2022-900127.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Mobile, AL 36691

OFFICIAL USE

7018 1830 0001 8998 6193

| | |
|---|---|
| Certified Mail Fee $3.75 | 0559 |
| $ $0.00 | 14 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $7.95 | |
| $ | 10/21/2021 |
| Total Postage and Fees $11.70 | |
| $ | |

Sent To Acceptance Loan Company

Street and Apt. No., or PO Box No. P.O. Box 9189

City, State, ZIP+4® Mobile, AL 36691

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

DOCUMENT 7



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

7019 2280 0001 6357 4498

For delivery information, visit our website at *www.usps.com*®.

Mobile, AL 36691

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.75 | 0559 |
| $ $0.00 | 14 |
| Extra Services & Fees (check box, add fee as appropriate) | Postmark Here |
| ☐ Return Receipt (hardcopy) $ $1.05 | |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $7.95 | 12/17/2021 |
| Total Postage and Fees $13.55 | |

Sent To ACCEPTANCE LOAN COMPANY

Street and Apt. No., or PO Box No. P.O. Box 9189

City, State, ZIP+4® Mobile, AL 36691

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

DOCUMENT 7



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Mobile, AL 36691

7019 2280 0001 6355 8689

| | |
|---|---|
| Certified Mail Fee $ $3.75 | 0559 14 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) $ $1.85 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $7.70 | |
| Total Postage and Fees $ $13.30 | 12/28/2021 |

Sent To Acceptance Loan Company
Street and Apt. No., or PO Box No. P.O. Box 9189
City, State, ZIP+4® Mobile, AL 36691

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

DOCUMENT 7


DOCUMENT 8

ELECTRONICALLY FILED
2/7/2022 2:04 AM
05-CV-2022-900127.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

UNITED STATES
POSTAL SERVICE

February 7, 2022

Dear SCHUYLER PICKETT:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0001 8998 6070**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | August 17, 2021, 10:18 am |
| **Location:** | MOBILE, AL 36609 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 7.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Track Another Package +

DOCUMENT 8

Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Feedback

**Tracking Number:** 70181830000189986193

Remove ×

Your item has been delivered and is available at a PO Box at 9:56 am on October 22, 2021 in MOBILE, AL 36609.

**USPS Tracking Plus™ Available**

**Status**

**Delivered, PO Box**

October 22, 2021 at 9:56 am
MOBILE, AL 36609

**Get Updates**

**Delivered**

**Text & Email Updates**

**Tracking History**

**October 22, 2021, 9:56 am**
Delivered, PO Box
MOBILE, AL 36609
Your item has been delivered and is available at a PO Box at 9:56 am on October 22, 2021 in MOBILE, AL 36609.

**October 22, 2021, 6:15 am**
Arrived at Post Office
MOBILE, AL 36609


February 7, 2022

Dear SCHUYLER PICKETT:

The following is in response to your request for proof of delivery on your item with the tracking number: **7019 2280 0001 6357 4498**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | December 20, 2021, 10:15 am |
| **Location:** | MOBILE, AL 36609 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic<br>Up to $50 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 4.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | [signature] |
| Address of Recipient: | PO BOX 9189<br>MOBILE, AL 36691-0189 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

ELECTRONICALLY FILED
2/7/2022 2:04 AM
05-CV-2022-900127.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

# CEASE AND DESIST-

Pursuant to 15 USC 1692c.(c) I am notifying you in writing that I refuse to pay this alleged debt, and I am demanding that you cease all forms of communication with me through any and all mediums.

Pursuant to 15 USC 1692c.(c)(2)-

I am invoking my specified remedy as a consumer, and the original creditor I am demanding all of the following:

Zero out the balance on this account.

Pay the attached invoice and compensate me for every violation labeled in the attached exhibits.

Deletion from all consumer reports.

Best regards;

DOCUMENT 9

SCHUYLER PICKETT 1615 ESSEX STREET
DAPHNE, Alabama
36526
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| ACCEPTANCE LOAN COMPANY<br>PO BOX 9189<br>MOBILE, AL 36691 | 08/09/2021<br><br>Due Date<br>10/18/2021 | 001 | $41,000.00 |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| 41 FEDERALLY PROTECTED CONSUMER VIOLATIONS UNDER 15 USC 1692 | $1,000.00 | 41 | $41,000.00 |

| | |
|---|---|
| Subtotal | 41,000.00 |
| Tax | 0.00 |
| Total | 41,000.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $41,000.00 |

Notes

I am requesting the payment method to be in the form of a check to the address listed above.

Due to the nationwide impacts of the coronavirus (COVID-19), it may take us longer than usual to answer your call.

We are still processing complaints and you can check the status of an existing complaint online.

An official website of the United States Government

(https://www.consumerfinance.gov/)

Submit a complaint / Complaint filed

# Your complaint

Complaint Number 210813-7078161

## Step 1

### What product or service is your complaint about?

| PRODUCT OR SERVICE | TYPE |
| --- | --- |
| Payday loan, title loan, or personal loan | Installment loan |

## Step 2

## What type of problem are you having?

**ISSUE**

Problem when making payments

**HAVE YOU ALREADY TRIED TO FIX THIS PROBLEM WITH THE COMPANY?**

Yes

# Step 3

## What happened?

Pursuant to 15 USC 1692c.(c) I am notifying you in writing that I refuse to pay this alleged debt, and I am demanding that you cease all forms of communication with me through any and all mediums. Pursuant to 15 USC 1692c.(c)(2)- I am invoking my specified remedy as a consumer, and the original creditor I am demanding all of the following: Zero out the balance on this account. Pay the attached invoice and compensate me for every violation labeled in the attached exhibits. Deletion from all consumer reports. Best regards;

☐ **I want the CFPB to publish this description on consumerfinance.gov so that others can learn from my experience.**

The CFPB will take steps to remove my personal information from this description but someone may still be able to identify me. Learn how it works. I consent to publishing this description after the CFPB has taken these steps.

## What would be a fair resolution to this issue?

What would be a fair resolution to this issue?

Pursuant to 15 USC 1692c.(c) I am notifying you in writing that I refuse to pay this alleged debt, and I am demanding that you cease all forms of communication with me through any and all mediums. Pursuant to 15 USC 1692c.(c)(2)- I am invoking my specified remedy as a consumer, and the original creditor I am demanding all of the following: Zero out the balance on this account. Pay the attached invoice and compensate me for every violation labeled in the attached exhibits. Deletion from all consumer reports. Best regards;

## Step 4

### What company is this complaint about?

**COMPANY INFORMATION**

ACCEPTANCE LOAN COMPANY

**OTHER INFORMATION ABOUT THIS COMPANY**

PO BOX 9189

MOBILE, Alabama 36691

https://www.acceptanceloan.com/

251-661-5719

## Step 5

### What people are involved?

YOUR CONTACT INFORMATION
SCHUYLER Douglas PICKETT

spickett2782@gmail.com

## About us

The CFPB is an independent federal agency built to protect consumers. We write and enforce rules that keep banks and other financial companies operating fairly. We also educate and empower consumers, helping them make more informed choices to achieve their financial goals.

**HAVE A QUESTION? ¿PREGUNTAS?**

(855) 411-2372

Privacy Act Statement

OMB #3170-0011

Have a question? ¿Preguntas?

(855) 411-2372

DOCUMENT 9

8/12/2021 Complaint Print

Note on user experience

An official website of the United States Government

https://complaint.consumerfinance.gov/submit-a-complaint/s/complaint-print?sessionid=a86e17319ea136e55e72b7a9debe22e18994a2e8f3fd7953ef18e301de4641bdbea010e7ced52176882be9056230267 6ecaaf40af785353... 5/5

DOCUMENT 10
ELECTRONICALLY FILED
2/7/2022 2:04 AM
05-CV-2022-900127.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

**a) Non Rebutted Affidavits are "Prima Facie Evidence in the Case,"United States vs. Kis, 658 F.2d, 526, 536-337 (7th Cir. 1981);**

**b) Cert Denied, 50 U.S. L.W. 2169; S.Ct. March 22, 1982. "Indeed, no more than (Affidavits) is necessary to make the Prima Facie Case."**

**c) Seitzer v. Seitzer, 80 Cal. Rptr. 688 "Uncontested Affidavit taken as true in support of Summary Judgment."**

**d) Melorich Builders v. The SUPERIOR COURT of San Bernardino County (Serbia) 207 Cal.Rptr. 47 (Cal.App.4 Dist. 1984) "Uncontested Affidavit taken as true in Opposition of Summary Judgment."**

**e) "Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading. . . We cannot condone this shocking behavior... This sort of deception will not be tolerated and if this is routine it should be corrected immediately." U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.**

**f) "Uncontested affidavit" moved the court to hear the case. United States v. Lopez, No. 07-3159 (10th Cir. 03/04/2008).**

**g) ..."finding uncontested affidavit of debtor's attorney that he provided telephonic notice of debtor's bankruptcy case sufficient to hold creditor in violation of § 362(h)." Johnson, No. 05-8089 (10th Cir. 08/28/2007).**

**h) "Based on that uncontested affidavit, the court found that Col. Hardesty had personally and properly appointed Lt. Col. Harmon to Pvt. Wright's court-martial." Wright v. Commandant, USDB, No. 03-3214 (10th Cir. 04/09/2004).**

**i) "According to the uncontested affidavit of Dennis Farrington, Vice President/Management Supervisor at Hill, Holliday, the commercial became obsolete as of September 30, 1984, when the new model Fords were introduced, and would not be "aired in any form after that date." Kazmaier's prayer for injunctive relief is therefore moot." Kazmaier v. Wooten, 761 F.2d 46 (1st Cir. 04/30/1985).**

**j) "Whether or not Thrift now has the original prescription forms submitted to UPA for reimbursement, Thrift submitted an uncontested affidavit stating that, as with Thrift's other claims, UPA failed to pay for the $3,456.07 owed to Thrift upon Thrift's submission of the original claim forms." Thrift Drug Inc. v. Universal Prescription Administrators, 131 F.3D 95 (2d Cir. 12/11/1997)**

**k) ..."the government conceded that a single sale was the only connection between the property and the predicate offense; on the day of the transaction the drugs were brought to the claimant's home at the insistence of the government informant; the uncontested affidavit of the claimant indicated that the drugs were present in the home for no more than a few hours; and there was no evidence that the house was used to store drugs. Id. at 1065. On these facts, the court found that there was no "substantial connection" between the claimant's home and the predicate offense." United States v. Premises and Real Property at 4492 South Livonia Road, 889 F.2d 1258 (2nd Cir. 11/17/1989)**

**l) "The district court relied on the uncontested affidavit of Robert A. Michlik, the PBGC case officer responsible for processing the termination of the Plan, for the finding that 74 Plan participants were eligible for pension benefits as of September 20, 1978." In re Syntex Fabrics Inc., 698 F.2d 199 (3rd Cir. 01/19/1983).**

**m) "This motion was supported by an uncontested affidavit detailing that de Santibanes had essentially no contacts with**

**Virginia or with the plaintiffs, including that he had never resided in Virginia, did not own any property in the State, does not receive income from any business with operations in the State, and has never sent nor received correspondence from the State. The plaintiffs did not contest the information in the affidavit by way of affidavit or testimony." Lolavar v. Santibanes, 430 F.3d 221 (4th Cir. 12/01/2005).**

**n) "According to their uncontested affidavit... Carmichael simply cannot demonstrate any causal connection between Price Waterhouse's conduct and his prolonged imprisonment or torture." Carmichael v. United Technologies Corp., 835 F.2d 109 (5th Cir. 01/07/1988).**

**o) "The city responded to appellant's motion for attorney's fees with an (uncontested) affidavit from City Secretary Gorsline. That affidavit, together with the other factors identified in the chronology contained in the district court's opinion, established that as early as March 20, 1985, the city had decided to reword its election ballots." Sorola v. City of Lamesa, 808 F.2d 435 (5th Cir. 01/27/1987).**

**p) "On the basis of this uncontested affidavit, we can take it as established, for summary judgment purposes, that the bank records were reasonably available." Barrett v. United States and Internal Revenue Service, 795 F.2d 446 (5th Cir. 07/28/1986).**

**q) "The uncontested affidavit of Stevenson's vice-president established that..." Albertson v. Stevenson, 749 F.2d 223 (5th Cir. 12/26/1984).**

**r) " The uncontested affidavit establishing appellant's reform or cure was made by appellant's wife at approximately the same time as the affidavits of the other employees. The case for discharge presented to the Merit Systems Review Board for decision, therefore, included an uncontested showing that Bonet was totally**

**reformed or cured." Bonet v. United States Postal Service, 712 F.2d 213 (5th Cir. 08/19/1983).**

**s) "The unrebutted affidavit of a MetLife representative establishes..." Justofin v. Metropolitan Life Insurance Co., 372 F.3d 517 ( 06/25/2004).**

**t) "The court's decision on the second summary judgment motion parallels its decision on the first. Again, it held that plaintiff had failed to comply with Rule 56(c)(2) when he filed new material in response to the motion and held, as a result, that defendant's statement of undisputed facts was deemed admitted." Gallipo v. City of Rutland (2004-041)**

**u) "Motion ? a request that the CT order something such as dismissing the case, not same as a pleading.**

**Dismissal on other grounds ? i.e. when facts are undisputed and DF is entitled to JGT as a matter of law (Summary JGT under R56)? statute of limitation, claim or issue preclusion, etc.**

**Answer - a pleading that responds to allegations of the complaint and may add new matter as well. R8(b)(c)(d)**

**Admissions?allegations not denied are deemed admitted.**

**Denials?those allegations properly denied are joined, meaning they are in dispute and ripe for adjudication." CIVIL PROCEDURE SPRING 2003 - Professor Von Creel, OCU Law School.**

**v) The above, as well as dozens of other cases which could be sited to support the legal position on the validity of unrebutted or uncontested affidavits, which are deemed admitted, regardless of the framework in which this lawful fact is presented. To have to take this to a court in suit is a waste of the court's time and a violation of the PRA.**

DOCUMENT 11
ELECTRONICALLY FILED
2/7/2022 2:04 AM
05-CV-2022-900127.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

Cornell Law School

Legal Information Institute [LII]
OPEN ACCESS TO LAW SINCE 1992

ABOUT LII ▸ GET THE LAW ▸ LAWYER DIRECTORY LEGAL ENCYCLOPEDIA ▸ HELP OUT ▸

Section 1692e. False or misleading representations

# 15 U.S. Code § 1692e. False or misleading representations

U.S. Code Notes

prev | next

A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

**(1)** The false representation or implication that the debt collector is vouched for, bonded by, or affiliated with the United States or any State, including the use of any badge, uniform, or facsimile thereof.

**(2)** The false representation of—

**(A)** the character, amount, or legal status of any debt; or

**(B)** any services rendered or compensation which may be lawfully received by any debt collector

 disputed.

**(9)** The use or distribution of any written communication which simulates or is falsely represented to be a document authorized, issued, or approved by any court, official, or agency of the United States or any State, or which creates a false impression as to its source, authorization, or approval.

**(10)** The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

**(11)** The failure to disclose in the initial written communication with the consumer and, in addition, if the initial communication with the consumer is oral, in that initial oral communication, that the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose, and the failure to disclose in subsequent communications that the communication is from a debt collector, except that this paragraph shall not apply to a formal pleading made in connection with a legal action.

**(12)** The false representation or implication that accounts have been turned over to innocent purchasers for value.

**(13)** The false representation or implication that documents are legal process.

**(14)** The use of any business, company, or organization name other than the true name of the debt collector's business, company, or organization.

**(15)** The false representation or implication that documents are not legal process forms or do not require action by the consumer.

 Cornell Law School

Legal Information Institute [LII]
OPEN ACCESS TO LAW SINCE 1992

ABOUT LII ▸ GET THE LAW ▸ LAWYER DIRECTORY LEGAL ENCYCLOPEDIA ▸ HELP OUT ▸

# 15 U.S. Code § 1692b - Acquisition of location information

U.S. Code Notes State Regulations

prev | next

Any debt collector communicating with any person other than the consumer for the purpose of acquiring location information about the consumer shall—

**(1)** identify himself, state that he is confirming or correcting location information concerning the consumer, and, only if expressly requested, identify his employer;

**(2)** not state that such consumer owes any debt;

**(3)** not communicate with any such person more than once unless requested to do so by such person or unless the debt collector reasonably believes that the earlier response of such person is erroneous or incomplete and that such person now has correct or complete location information;

**(4)** not communicate by post card;

**(5)** not use any language or symbol on any envelope or in the contents of any communication



Any debt collector communicating with any person other than the consumer for the purpose of acquiring location information about the consumer shall—

**(1)** identify himself, state that he is confirming or correcting location information concerning the consumer, and, only if expressly requested, identify his employer;

**(2)** not state that such consumer owes any debt;

**(3)** not communicate with any such person more than once unless requested to do so by such person or unless the debt collector reasonably believes that the earlier response of such person is erroneous or incomplete and that such person now has correct or complete location information;

**(4)** not communicate by post card;

**(5)** not use any language or symbol on any envelope or in the contents of any communication effected by the mails or telegram that indicates that the debt collector is in the debt collection business or that the communication relates to the collection of a debt; and

**(6)** after the debt collector knows the consumer is represented by an attorney with regard to the subject debt and has knowledge of, or can readily ascertain, such attorney's name and address, not communicate with any person other than that attorney, unless the attorney fails to respond within a reasonable period of time to communication from the debt collector.

(Pub. L. 90–321, title VIII, § 804, as added Pub. L. 95–109, Sept. 20, 1977, 91 Stat. 876.)

 Cornell Law School

Legal Information Institute [LII]
OPEN ACCESS TO LAW SINCE 1992

# 15 U.S. Code § 1692e. False or misleading representations

U.S. Code Notes

prev | next

A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

**(1)** The false representation or implication that the debt collector is vouched for, bonded by, or affiliated with the United States or any State, including the use of any badge, uniform, or facsimile thereof.

**(2)** The false representation of—

**(A)** the character, amount, or legal status of any debt; or

**(B)** any services rendered or compensation which may be lawfully received by any debt collector for the collection of a debt.

**(3)** The false representation or implication that any individual is an attorney or that any

 DOCUMENT 11

Cornell Law School

Legal Information Institute [LII]
OPEN ACCESS TO LAW SINCE 1992

ABOUT LII ▸ GET THE LAW ▸ LAWYER DIRECTORY LEGAL ENCYCLOPEDIA ▸ HELP OUT ▸

LII > U.S. Code > Title 15 > CHAPTER 41 > SUBCHAPTER V > **§ 1692d**

# 15 U.S. Code § 1692d - Harassment or abuse

U.S. Code Notes

prev | next

A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

**(1)** The use or threat of use of violence or other criminal means to harm the physical person, reputation, or property of any person.

**(2)** The use of obscene or profane language or language the natural consequence of which is to abuse the hearer or reader.

**(3)** The publication of a list of consumers who allegedly refuse to pay debts, except to a consumer reporting agency or to persons meeting the requirements of section 1681a(f) or 1681b(3) [1] of this title.

DOCUMENT 5

ELECTRONICALLY FILED
2/11/2022 9:40 AM
05-CV-2022-900127.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**

| | | |
|---|---|---|
| **SCHUYLER PICKETT,** | * | |
| **Plaintiff,** | * | |
| **Vs.** | * | **CASE NO. CV-22-900127** |
| **ACCEPTANCE LOAN COMPANY, INC.,** | * | |
| **Defendant.** | * | |

**NOTICE OF APPEARANCE AS ATTORNEY FOR ACCEPTANCE LOAN COMPANY, INC.**

Pursuant to Alabama Rules of Civil Procedure, William C Poole, LLC, whose office address is 917 Western America Circle, Mobile, AL 36609, whose telephone number is (251) 344-5015, whose fax number is (251) 725-6233, hereby appears as attorney for **ACCEPTANCE LOAN COMPANY, INC.,** and specifically requests that copies of all Notices, Motions, Orders, and other filings directed to or against, or pertaining to **ACCEPTANCE LOAN COMPANY, INC.,** be sent to William C. Poole as attorney for **ACCEPTANCE LOAN COMPANY, INC.**

**WILLIAM C POOLE, LLC**
Attorney for Acceptance Loan Company, Inc.

For the Firm: /s/ William C. Poole

**WILLIAM C. POOLE - POO005**
917 Western America Circle, Suite 210
Mobile, AL 36609
(251)344-5015
Fax (251)725-6233

DOCUMENT 5

**CERTIFICATE OF SERVICE**

I do hereby certify that on this the 11th day of February, 2022, a copy of the foregoing document was served on the following:

Schuyler Pickett
1615 Essex Street
Daphne, AL 36526

by ECF and/or by placing a copy of same in the U.S. Mail, properly addressed and first class postage prepaid.

/s/ William C. Poole
WILLIAM C. POOLE

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>05-CV-2022-900127.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**
**SCHUYLER PICKETT V. ACCEPTANCE LOAN COMPANY, INC.**

ORIGINAL

**NOTICE TO:** ACCEPTANCE LOAN COMPANY, INC., 3976 GOVERNMENT BLVD STE STE A&B, MOBILE, AL 36693

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), SCHUYLER PICKETT

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1615 ESSEX STREET, DAPHNE, AL 36526

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of ____________ *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

02/07/2022 *(Date)* — /s/ JODY L. WISE *(Signature of Clerk)* — By: ____________ *(Name)*

☐ Certified Mail is hereby requested. ____________ *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on ____________ *(Date)*.

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to ____________ *(Name of Person Served)* in ____________ *(Name of County)* County, Alabama on ____________ *(Date)*.

*(Address of Server)*

*(Type of Process Server)* *(Server's Signature)*

*(Server's Printed Name)* *(Phone Number of Server)*

2022 FEB 10 AM 8:16

**05-CV-2022-900127.00**
SCHUYLER PICKETT V. ACCEPTANCE LOAN COMPANY, INC.

C001 - SCHUYLER PICKETT *(Plaintiff)* v. D001 - ACCEPTANCE LOAN COMPANY, INC. *(Defendant)*

**SERVICE RETURN COPY**





DOCUMENT 10

## Mobile County Sheriff's Office

**CV 2022 900127. 00**

**SCHUYLER PICKETT VS ACCEPTANCE LOAN COMPANY, INC.**

**COMPLAINT-SUMMONS**

**ACCEPTANCE LOAN COMPANY, INC.**

**3976 Government Blvd #Suite A & B Mobile, AL 36693**

CIRCUIT COURT
BALDWIN COUNTY, AL
(FILED - BAY MINETTE)

MAR 07 2022

JODY L. WISE
CIRCUIT CLERK

Due By:

Date Served: 02/18/2022

Service Attempt:

Action: [ ] Service Attempt [X] Paper Served [ ] Drop Deputized

No Contact: [ ] Left Card [ ] Other (see notes)

Not Found: [ ] Moved - New Residence [ ] Moved - Unknown Location [ ] Deceased [ ] Vacant Residence / Lot
[ ] Not Employed [ ] NIT (Not in Territory) [ ] RWA (Recalled W/O Action) [ ] CTO (Come to Office)
[ ] Other (see notes) [ ] No Property Found [ ] Address Does Not Exist
[ ] Subject Unknown at this Address [ ] Not Found After Diligent Search
[ ] Not Found-Too Late For Service [ ] Not Found-Deputy Not Allowed on Property
[ ] Recipient Unavailable for Service Before Due Date

Served To: MANAGER HELEN THRASH

Location Served: [X] Listed [ ] Other

Deputized Person:

Location:

Notes:

[ ] Avoiding Service [ ] Deputized Person [ ] Posted on Property [ ] Executed [ ] Refused Service

I certify that I personally delivered to ACCEPTANCE LOAN COMPANY, INC. on 02/18/2022 by service on MANAGER HELEN THRASH

By: [signature] D.S. Copy mailed to defendant on ____________

SUMERLIN III, JAMES L

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Zenobia Clinton

DOCUMENT 10

ELECTRONICALLY FILED
3/9/2022 8:49 AM
05-CV-2022-900127.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**

PICKETT SCHUYLER,
Plaintiff,

V. ) Case No.: CV-2022-900127.00

ACCEPTANCE LOAN COMPANY, INC.,
Defendant.

**ORDER**

Due to certain factors, including, COVID 19, increased population within the Circuit, and the prioritization of cases, requiring the court to give criminal cases first priority, the Court is making a number of changes in it's handling of cases. In all civil cases, the Court, shall require that all pending civil cases make a good faith attempt to resolve the case through mediation before a trial date will be set. In order to keep the parties moving forward with discovery and to ensure the case does not sit without action by one or more of the parties, the Court shall appoint a court appointed mediator and require that the parties complete mediation by a date certain.

It is therefore hereby ORDERED, as follows:

1. Riley Powell is appointed as mediator in the above styled action.
2. The parties shall mediate the case with the court appointed mediator no later than ***6 months from date of order on bench trial, 12 months on jury***.
3. The mediator shall set the initial mediation session and may continue or adjourn the mediation session at his or her discretion. The mediation may be conducted in person, via Zoom or other web-based platform or by teleconferencing, as agreed by the parties and the mediator.
4. The fees and expenses of the mediator shall be paid equally by the parties unless agreed otherwise or mandated otherwise pursuant to Section 6-6-20(b)(2) of the Code of Alabama.
5. A representative of each party having full authority to settle the case must be present at the mediation session or reasonably available to authorize settlement throughout the mediation session. In the event a party wishes to ensure that the opposing party or a representative of the opposing party's insurance company is personally in attendance at the mediation and if the parties cannot reach agreement with regard to attendance, a party may file a motion with the Court to require personal attendance at the mediation.
6. The mediation shall be conducted in accordance with the Alabama Civil Court Mediation Rules and the provisions of Sections 6-6-20 and 6-6-25 of the Code of Alabama. All communications with the mediator regarding this matter will be considered confidential in accordance with Rule 11 of the

Alabama Civil Court Mediation Rules and Section 6-6-25 of the Code of Alabama. All discussions, representations and statements made in the course of mediation shall be confidential and deemed privileged by both the mediator and all parties as settlement negotiations and, thus, inadmissible in a court of law. The mediator shall not be called as a witness nor shall the mediator's records be subpoenaed or used as evidence in any court proceeding

7. Following mediation, the mediator is ordered to file with the Court a report of mediation setting forth if the case was resolved, or not, and if not, if the parties made a good faith attempt at mediation.
8. Any party having been found by the Court, to have failed to mediate in good faith or failing to make discovery, will be subject to sanction by the court, pursuant to Rule 37 of the Alabama Rules of Civil Procedure or other applicable statute or rule.
9. IF NOT RESOLVED IN MEDIATION, CASE IS SET FOR STATUS DOCKET ON September 13, 2022 AT 2:00 PM IN COURTROOM #1 OF THE BALDWIN COUNTY COURTHOUSE IN BAY MINETTE, ALABAMA.

**DONE this 9th day of March, 2022.**

**/s/ SCOTT P. TAYLOR**
**CIRCUIT JUDGE**